1  **JESSE S. KAPLAN    CSB#103726**                    E-Filed 1/27/16
   **5441 Fair Oaks Bl. Ste. C-1**
2  **Carmichael, CA   95608**
3  **916/488-3030**
   **916/489-9297 fax**
4
   **Attorney for Plaintiff**
5  **KIMBERLY DICKENS**

6

7

8

9                  **UNITED STATES DISTRICT COURT**

10                **NORTHERN DISTRICT OF CALIFORNIA**

11                      **SAN JOSE DIVISION**

12                           **-o0O0o-**

13

14
   **KIMBERLY DICKENS,**                    No.   **5:15-cv-03711-~~BLF-NMC~~**
15                                                        HRL

                      **Plaintiff,**
16
                                            **STIPULATION AND  ~~[proposed]~~**
17                                          **ORDER FOR EXTENSION OF**
                                            **PLAINTIFF'S TIME TO FILE**
18        **v.**                            **MOTION FOR SUMMARY**
                                            **JUDGMENT**
19 **CAROLYN COLVIN, Acting**
20   **Commissioner of Social Security,**

21                    **Defendant.**
   _____/
22

23       IT IS HEREBY STIPULATED by and between the parties, through their respective

24 undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion

25 for summary judgment is extended one day to February 15, 2016.

26       This request is based on plaintiff's council's workload and previous unfamiliarity with

27

28 the record.

                              [Pleading Title] – 1

Dated: January 25, 2016

                                                         */s/   Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Counsel, Region IX
Social Security Administration

Dated: January 25, 2016

                                                  */s/ per e-mail authorization*

Michael Marriott
Special Assistant U.S. Attorney
Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of

plaintiff's time to file a motion for summary judgment brief is extended to February 15, 2016.

SO ORDERED.

Dated:   1/27/16

Howard R. Lloyd
~~NATHANEAL M. COUSINS~~
UNITED STATES MAGISTRATE JUDGE